UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT LEE HARDING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIO COSUMNES CORRECTIONAL FACILTY, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-1927 CKD P<br><br><br>ORDER |

　　　On May 2, 2016, defendants Padilla and Gonzales filed a motion to dismiss. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days, plaintiff shall file an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: July 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hard1927.46osc