UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT LEE HARDING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RIO COSUMNES CORRECTIONAL FACILITY, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1927 JAM CKD P<br><br><br>ORDER |

The court has been informed that the parties have reached a settlement.  Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference scheduled for March 13, 2017 is vacated and the writ of habeas corpus ad testificandum issued January 4, 2017 is quashed.

2. The parties shall submit a stipulation of dismissal under Rule 41(a) of the Federal Rules of Civil Procedure within 60 days.

Dated: February 28, 2017

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
hard1927.set